IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02058-RPM-MEH

KELLY MATTESON,

    Plaintiff,

v.

HUNTER WARFIELD, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2011.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference [filed October 21, 2011; docket #6] is **granted**. The Scheduling Conference currently set for October 26, 2011 is **vacated**. The parties shall file dismissal papers with the Court **on or before November 21, 2011**.